U.S. DISTRICT COURT
HOUSTON, TX

"CRIME * VICTIM"     CAUSE NO:

R Wayne Johnson

VS *     2 - EXHIBITS
(DAILY CRIMES)

TDCJ, (TX BOARD); *
PAROLE BOARD; U.T.M.B *     "W/O PENOLOGICAL
WARDENS; MASSEY-CIRANO,     OBJECTIVE"
(M.D. JONES; (3- UNLICENSED:     HOPE 128 S.Ct
N.P.S) J. DEMITER; VICKI-     2508
BORROW; BRYAN Collier;     $3 MILLION!
Patrick O'DANIEL; (UNIT-
MAJOR); MARIE LOPEZ;
*

* ORIGINAL COMPLAINT *

1) JURISDICTION: TX BOARD (ETAL) SUED
UNDER TITLE II AMER. W/ DISABILITIES
ACT, - AND 1974 RehAB. Act; 29 USC -
794.

* (1) *

**I:**

<u>VERIFIED</u>: CRIMINAL COMPLAINT:

18 USC-4 "<u>misprison</u> OF <u>FELONY</u>"
"<u>NOT</u> REPORT <u>ANY</u> FELONY TO <u>ANY</u> JUDGE
ASAP - <u>conceals</u> it, - 3YRS: PRISON"
(<u>HAYES</u> 92 S. Ct 2646):

1) <u>DAILY CRIMES</u> (<u>ATTACHED</u>): <u>UN</u>-REPORTED

2) "<u>W/O PENOLOGICAL JUSTIFICATION</u>"
VIOLATES 8TH AMEND: <u>HOPE</u>: 122 S. Ct
2508: ("<u>2d</u>" punishment: BARRED BY <u>DOUBLE
JEOPARDY</u>: (CASES ON <u>ATTACHED</u>):

3) <u>NO SHOES</u> FOR <u>DISABLED FEET</u>: (<u>RETALIATE</u>
FOR GRIEV'S ON <u>SAME</u> (FAT WARDENS):
FAT LINDA HONE):

4) <u>NO QUALIFIED</u> mental health provider) <u>NO Qualified</u> MEDICAL: (BUT, <u>FEE'S</u> -
<u>EXTORTED</u> (ONLY <u>UN</u>-LICENSED "N.P's")

(2)

4.) 29 U.S.C. 701(b): "INTEGRATE disabled into society:" (PAROLE BOARD LAWS; RULES; VOID: VIOLATES Acts of CONGRESS:"

A) 18USC-242 "CONSPIRACY VIOLATE CIVIL Rights" (TX BOARD; TDCJ'S) UTMB);
B) VOID DISCIPL BOOK (ATTACHED)
C) crimes: DO OWN LEGAL WORK);

5) Stpl- PENDING: (PRISONER DENIED ME: TOWEL AND SHOWER ON 20TH) (NO SHOWER SINCE);

6) Issue EX PARTE YOUNG TO- "END A CONTINUING VIOLATION OF FEDERAL LAWS:" (crimes AND

(3)

Title II ADA) 1974 Rehab. Act) 6TH Amend: 8TH (14TH Amend (due process) "NO due pRocess Before "2d" punishment" (FOR daily crimes); (MAIL crime CONVICTIONS (ON ATTACHED);

7) Crime Victim Rights: 18 USC-3771 (d)-(1) "U.S. Atty's ASSERT Victims Rights"

R Wayne Johnson

(4)

NO ATTY'S

\* \*(TDCJ'S: VOID: DISCIPLIN: BK\*
RULES; CODE'S: FOR PENAL CODE: CRIMES)

\* SECTION 1.08 PENAL CODE: "NO AGENCY MAY ENFORCE ANY LAW THAT MAKES ANY CONDUCT COVERED BY THIS CODE; AN OFFENSE SUBJECT TO CRIMINAL PENALTIES" (LACK JURISDICTION):
SATTERWHITE: 979 S.W. 2d 626 (Crim. Apl's):
"AGENCY RULES THAT VIOLATE STATE LAWS ARE VOID:"

\*(RULES USED: FOR CRIMES)\* (PENAL CODE:)\*

RULES: I-210 FORMS)
ASSAULTS: CODE 3.0       \* 22.01 (22.04)
THREATS: CODE: 4.0       \* 22.07
SEX: CODE: 20'S          \* 21.07 (21.08)
WEAPONS: CODE: 6.0       \* 46.10
ANY FELONY: CODE: 10     \* FELONY'S (EXCEPT A MURDER):

\* \*                     \* \*

SHORTER'S: CODE: 10      \* FELONY: (PHONE):
  #20170300986           \* 38.11
RIVERA: CODE 4.0         \* FELONY: 22.07
                              (THREATS)
HOLLAND: CODE: 20        \*
  #2016003 3576          \* SEX CRIME: 21.08
                         \*    21.07
                         \*

        \*    \*    \*

(SMITH: 309 S.W.3d 10; (21.08 (SEX))
R. JOHNSON: CODE: 10  *  38.123 UNAUTH:
#20120051601           *   PRACT: LAW
                       *  CELIS: 416 S.W.3d 419:

SMITH: 2013 Tx. App. LEXIS - 10286;
"131" CODE: 20's  ( SEX CRIMES:
                           21.08)
LEACHMAN: 261 S.W.3d 297 (CODE 5.0)
CRIME: 38.111 ( CONTACT VICTIM):

*        *         *

CRIMES: Proof. BEYOND REASONABLE DOUBT)
                                    (BY JURY)
CRIMES: "Judiciary" Art.5, Sect 1 - Tx
CONST:

(TDCJ is FEDERAL CRIMES W: I-210 FORMS)
18 USC 242, (18 USC 1512) 18 USC-4
("NOT report ANY FELONY TO ANY JUDGE; —
conceals it - 3 YRS. PRISON:" HAYES 92
S.Ct 2646 (18USC4-CONVICTED)

R Wayne Johnson

#2.1- 00103 VERIFIED ATTESTATION

## In Support Of Appointment Of Counsel *

**PRO-SE'S CRIMES:** BARRATRY; 38.12 "FILES A SUIT, HE HAS NO AUTHORITY TO PURSUE!"

1) **Improper Influence:** 36.04: "if he PRIVATELY Addresses AN ENTREATY, TO ANY PUBLIC SERVANT WHO EXERCISES DISCRETION, — IN AN "ADJUDICATORY PROCEEDINGS with INTENT TO INFLUENCE THE OUTCOMING: (b) "ADJUDICATORY PROCEEDINGS: "ANY PROCEEDINGS BEFORE ANY COURT, OR OTHER AGENCY of govnment, — where legal Rights ARE PROTECTED!" 1.07(33) PENAL CODE

2) **Unlawful Acts Rule:** Plummer; 832 S.W.2d 757: "NO legal Right CAN Be ASSERTED IN THE Courts when that is predicated upon THE UN-LAWFUL ACTS of PARTY ASSERTING it!"

(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUL 28 2021
NATHAN OCHSNER
COPY

3): *Johnson*, 949 S.W. 2d 342 (TX) ("SAME UNLAWFUL Acts Rule"): *GRIMES*, 707 S.W. 2d 196 ("Court will NOT AID ONE WHO COMES AS A LAW VIOLATOR:"' (*TURLEY*, 109 S.W. 3d 362; (UNLAWFUL Acts Rule: BARRED RECOVERY:")

4) Bad-faith USE Judicial PROCESS" *Bennett*, 960 S.W. 2d 35 (TX); (*Judge Bell*, 894 S.W. 2d 119-); Judicial ETHICS Section: 6:10

5) "VOID when it violates PUBLIC-POLICY-*AIV*, 148 S.W. 3d 109-15 (TX); *STUBBE*, 733 S.W. 2d 132 (TX);

※ Includes FEDERAL COURTS ※

6): *MONTANA*, 116 S.Ct 2013-33; "WE ARE Limited By state COURTS INTERPRETATION of its own laws: (*RICHARDS* 710 F. 3d 573 (5TH CIR); (SAME)

(2)



28875
R Wayne Johnson
Ramsey - M00 FM-655
Rosharon, TX 77583

NORTH HOUSTON TX 773
United States Courts
27 SEP Southern District of Texas
FILED
OCT 0 1 2021
Nathan Ochsner, Clerk of Court

U.S. DISTRICT COU
P.O. Box 61010
Houston, TX
77206

77208-101010